1010

[No. 32140-8-II. Division Two. October 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY GRANT DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-00486-9, Stephen M. Warning, J., entered July 29, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Houghton, J.

[No. 32208-1-II. Division Two. October 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY EDWARD TARRER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-00712-0, Brian M. Tollefson, J., entered September 1, 2004. *Reversed* by unpublished opinion per Van Deren, A.C.J., concurred in by Hunt and Penoyar, JJ.

[Nos. 32578-1-II; 32581-1-II. Division Two. October 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBBIE JAY DAVIS, *Appellant.*

Appeals from a judgment of the Superior Court for Cowlitz County, No. 04-1-00958-5, Stephen M. Warning, J., entered November 18, 2004. *Reversed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Penoyar, JJ.

[No. 32704-0-II. Division Two. October 25, 2005.]

RAYMOND MICHAEL MONOHON, II, *Appellant*, v. LIISA J. ANTILLA, *Respondent.*

Appeal from a judgment of the Superior Court for Pacific County, No. 02-2-00145-1, Joel M. Penoyar, J., entered December 13, 2004. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.